# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**TERESA MURRY,**

    **Plaintiff,**

    v.                                                                                                  Civil Action No. 09-2265-CM

**LHR, INC.,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to Plaintiff's notice of Acceptance of Defendant's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 (Doc. 15), judgment is entered in favor of the Teresa Murry in the amount of Three Thousand Dollars and Zero Cents ($3,000.00). This amount is inclusive of all costs incurred to date, which includes, but is not limited to, any and all attorney's fees, expert fees, disbursements, interest, costs and any and all sums Plaintiff is entitled to recover by statute.

Date:  September 1, 2009                            TIMOTHY O'BRIEN, Clerk

                                                                     By: <u>s/ Jennifer Walton</u>
                                                                          Jennifer Walton, Deputy Clerk